

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA



FILED

NOV 1 2 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Gary B. Robertson, Jr., and Stephanie Robertson,<br>          Debtor (s). | Chapter 7 Proceedings<br><br>Case No. 2:09-bk-20393-RTB |
| Mortgage Electronic Registration Systems, Inc., as nominee for CITIMORTGAGE, INC.<br>          Movant,<br>vs.<br>Gary B. Robertson Jr., and Stephanie Robertson, Debtors; and Lothar Goernitz, Trustee,<br>          Respondent (s). | **(CHARLES G. CASE, II)**<br><br>ORDER OF RECUSAL<br>(CITIMORTGAGE, INC.) |

Before the court is the Motion For Relief From the Automatic Stay filed by CITIMORTGAGE, INC. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this __13__ day of November, 2009.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

11/16/2009

Copy of the foregoing
mailed this  /3  day of
November, 2009 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Harold E. Campbell
CAMPBELL & COOMBS, P.C.
1811 S. Alma School Road, Suite 224
Mesa, Arizona 85210

Lothar Goernitz
P.O. Box 32961
Phoenix, Arizona 85064-2961

Gary B. & Stephanie Robertson
473 East Krista Way
Tempe, Arizona 85284

by _____
       Judicial Assistant